Melinda Arbuckle, SBN 302723
marbuckle@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
5670 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiff, Marchail Solomon, and Proposed Class and Collective Action Members*

Philip I. Person
personp@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1311
Facsimile: (415) 6520-9319

*Counsel for Defendant CORE Community Organized Relief Effort, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| Marchail Solomon, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORE Community Organized Relief Effort, Inc.,<br><br>Defendant. | Case No: 2:21-cv-09630-RGK-PVC<br><br>**STIPULATION TO STAY CASE PENDING ARBITRATION, OR IN THE ALTERNATIVE, STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Judge:** Hon. R. Gary Klausner<br>**Date:** n/a<br>**Time:** n/a<br>**Courtroom:** 850<br><br>Complaint served: December 20, 2021<br>Current response date: January 10, 2022<br>New response date: February 9, 2022 |

Pursuant to Local Rules 7-1 and 52-4.1, Plaintiff Marchail Solomon ("Plaintiff" or "Solomon") and Defendant CORE Community Organized Relief Effort, Inc. ("Defendant" or "CORE"), by and through counsel hereby stipulate and agree as follows:

## RECITALS

**WHEREAS,** Plaintiff filed this action on December 13, 2021, asserting claims for alleged unpaid overtime wages under the federal Fair Labor Standards Act, on behalf of himself and all others similarly situated;

**WHEREAS,** on December 15, 2021, counsel for Defendant provided counsel for Plaintiff with a copy of an allegedly binding arbitration agreement;

**WHEREAS**, the deadline for Defendant to file its responsive pleading is January 10, 2022;

**WHEREAS,** Plaintiff does not admit at this time that such agreement is enforceable, but admits that the purported arbitration agreement contains a delegation clause referring such issues to the arbitrator;

**WHEREAS,** the Federal Arbitration Act ("FAA") provides in relevant part

> if any suit or proceeding be brought […] upon any issue referable to arbitration […] the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration […] shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement […]

9 U.S.C. § 3; and

**WHEREAS,** based on the purported arbitration agreement, the Parties request that the Court stay this proceeding pursuant to 9 U.S.C. § 3;

**OR, IN THE ALTERNATIVE**, if the Court is not inclined to grant the stay, the Parties stipulate to extend the time to respond to the Complaint by not more than 30 days to February 9, 2022.

## STIPULATION

NOW, THEREFORE, the Parties, by and through counsel, hereby STIPULATE AND AGREE THAT:

This case should be stayed pending arbitration, with the Parties to return to this Court to seek confirmation of any award. *See Cortez Byrd Chips, Inc. v. Bill Harber Constr. Co.*, 529 U.S. 193, 202 (2000) ("a court with the power to stay the action under [the FAA] has the further power to confirm any ensuing arbitration award."); or, in the alternative,

The time to respond to the Complaint is extended by not more than 30 days to February 9, 2022.

Dated: January 7, 2022

Respectfully submitted,

By:   s/Melinda Arbuckle
      Melinda Arbuckle

**SHELLIST | LAZARZ | SLOBIN LLP**
Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
5670 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiff and Proposed Class Members*

By:   s/Philip I. Person
      Philip I. Person

**GREENBERG TRAURIG, LLP**
Philip I. Person
personp@gtlaw.com
4 Embarcadero Ctr, Ste 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1311
Facsimile: (415) 6520-9319

*Counsel for Defendant CORE Community Organized Relief Effort, Inc.*

**Attestation Pursuant to Local Rule 5-4.3.4**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(ii), the undersigned hereby attests that all signatories on whose behalf this filing is submitted concur in the content of this filing and have authorized the filing.

<u>s/Melinda Arbuckle</u>
Melinda Arbuckle