**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| Marchail Solomon, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CORE Community Organized Relief Effort, Inc.,<br><br>    Defendant. | **Case No: 2:21-cv-09630-RGK-PVC**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE PENDING ARBITRATION, OR IN THE ALTERNATIVE, STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Judge:** Hon. R. Gary Klausner<br>**Date:** n/a<br>**Time:** n/a<br>**Courtroom:** 850 |

1     Before the Court is the Parties' Stipulation to Stay Case Pending
2 Arbitration, or in The Alternative, Stipulation to Extend Time to Respond to Initial
3 Complaint by Not More Than 30 Days (L.R. 8-3). Having considered the
4 Stipulation, and finding good cause, the Court ORDERS:
5     This case is stayed pending arbitration, with the Parties to return to this
6 Court to seek confirmation of any award.
7 **IT IS SO ORDERED.**
8 Dated: _____, 2022.

                                        HON. R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE