JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marchail Solomon ) | No. 2:21-cv-09630-RGK-PVC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| CORE Community Organized Relief ) | |
| Effort, Inc. ) | |
| ) | |
| Defendant. ) | |

A review of the docket in this matter indicates that the parties stipulated to proceed by way of binding arbitration. IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: January 18, 2022

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE