JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| **MARCHAIL SOLOMON**, on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CORE Community Organized Relief Effort, Inc.,**<br><br>    **Defendant.** | Case No.: 2:21-cv-09630-RGK-PVC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br>[31] |

Before the Court is the Parties' Motion for Approval of FLSA Settlement. Having considered the Motion, the court FINDS that the settlement agreement should be and hereby is APPROVED.

The Court further FINDS that:

///

///

///

(1) a *bona fide* dispute exists between the Parties with respect to whether the Plaintiff was properly classified as an independent contractor;

(2) the settlement was negotiated at an arm's length;

(3) the settlement is fair and provides adequate consideration;

(4) the proposed settlement contains a reasonable award of attorneys' fees;

(5) this Action will be dismissed with prejudice.

IT IS THEREFORE ORDERED that the Parties' Motion for Approval of FLSA Settlement is GRANTED.

IT IS SO ORDERED.

Dated: _____December 2_____, 2022.

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE